**LAW OFFICE OF MARVIN B. ADVIENTO**
Marvin B. Adviento, Esq. (Bar No. 240315)
1 Park Plaza, Suite 600
Irvine, CA 92614
T: (949) 677-7008
F: (949) 610-7397
E: madviento@mbalegal.net

Attorneys for Plaintiff, Guadalupe Martinez

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE MARTINEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>SOLARI ENTERPRISES, INC., a California Corporation; ALLANZA APARTMENT HOMES; a business entity, form unknown; ABEL V. CORONADO, an individual, and DOES 1 through 50, inclusive;<br><br>Defendants. | CASE NO. 5:19-cv-01674-JGB-KK<br><br>NOTICE OF SETTLEMENT |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate

signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

Dated: October 23, 2020          By: /s/ Marvin B. Adviento
                                                Marvin B. Adviento, Esq.
                                                Law Office of Marvin B. Adviento
                                                Attorneys for Plaintiff,
                                                Guadalupe Martinez

2

NOTICE OF SETTLEMENT
*Martinez v. Solari Enterprises, Inc., et al.*